

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00108-CV

**CLIFTON JERRY LANDRY,**

                                                                    **Appellant**

 **v.**

**TEXAS DEPT OF CRIMINAL JUSTICE, ET AL.,**

                                                                    **Appellees**

_____

**From the 12th District Court
Walker County, Texas
Trial Court No. 23,002**

## MEMORANDUM  OPINION

Clifton Jerry Landry seeks to appeal from a "<u>COLLECTION (COURT FEE/ETC.)</u> <u>ORDER</u>" signed by the trial court on September 23, 2008.  Landry filed his notice of appeal on April 8, 2009.  We will dismiss the appeal for want of jurisdiction.

The Clerk of this Court notified Landry that the appeal was subject to dismissal for want of jurisdiction because: (1) the notice of appeal is untimely; *see* TEX. R. APP. P. 26.1(b), 28.1(b); and (2) there does not appear to be a statute giving this Court jurisdiction over this interlocutory appeal.  *See Ogletree v. Matthews*, 262 S.W.3d 316, 319

n.1 (Tex. 2007).  Landry was warned that the appeal may be dismissed if he or any party did not file a response showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 42.3(a).  The Court has received no response.[1]  Accordingly, the appeal is dismissed.


FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed May 20, 2009
[CV06]

---

[1]    The Court did receive Landry's docketing statement five days after mailing the notice letter. However, it does not appear that Landry filed this document in response to the notice letter.